ANNA DAVIES, Appellant, *v.* LOUIS F. STUMPF et al., Defendants, and W. CLIFFORD RODERICK, Respondent.

Argued May 28, 1942; decided June 18, 1942.

*Jacob Streiner* and *Norman D. Ramol* for appellant.
*Warren W. Stumpf* and *Louis F. Stumpf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.